DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIO SANCHEZ,**
Appellant,

v.

**2716 & 2724 NORTH DIXIE, LLC,** a Florida limited liability company,
and **ALMOST NEW AUCTION THRIFT & CONSIGNMENT, LLC,** a
Florida limited liability company,
Appellees.

No. 4D21-699

[March 24, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE19-011040.

Peter T. Mavrick and Jordan D. Utanski of Mavrick Law Firm, Fort Lauderdale, for appellant.

Richard G. Coker, Jr. and Kathryn R. Coker of Coker & Feiner, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***